**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0959-19T1

Y.A.H. INC. PROFIT SHARING
PLAN and OAK LEAF
FINANCIAL, LLC.,

      Plaintiffs-Respondents,

v.

MT. CARMEL LAND COMPANY,
LLC, LAND DIMENSION
ENGINEERING, DAVID L.
SCHRAMM, SUCCESSOR
EXECUTOR FOR THE ESTATE
OF ALBERTO FLORIO, JR., and
STATE OF NEW JERSEY,

      Defendants,

and

GABRIEL S. DIMEDIO and
ANGELA M. DIMEDIO,

      Defendants-Appellants,

_____

Argued October 1, 2020 – Decided October 19, 2020

Before Judges Sumners and Geiger.

On appeal from the Superior Court of New Jersey, Chancery Division, Camden County, Docket No. F-006828-18.

Michael Confusione, argued the cause for appellants, (Hegge & Confusione, LLC, attorneys; Michael Confusione, of counsel and on the briefs).

Michael E. Brown argued the cause for respondents (Dembo, Brown & Burns, LLP, attorneys; Michael E. Brown, of counsel and on the brief).

PER CURIAM

We are advised that the matter has been settled and the parties have filed a stipulation of dismissal with prejudice. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION